**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:  Glenn Herbert Johnson, v. Harris County, Harris County Education
Department, Harris County Flood Control District, Harris County Hospital
District, Port of Houston Authority of Harris County, Houston
Independent School District, Houston Community College System, Harris
County Education District, City of Houston, and Hashmet Wali

Appellate case number:   01-14-00383-CV

Trial court case number:   2013-08713

Trial court:                       190th District Court of Harris County

It is ordered that Appellant's Motion for Rehearing is **denied**.

Judge's signature:  _/s/ Jane Bland_
                                  Acting for the Court

Panel consists of: Justices Keyes, Bland, and Massengale.

Date:  June 30, 2015